**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF: R.H. | : No. 176 WAL 2015 |
| | : |
| | : |
| PETITION OF: J.H., NATURAL FATHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## ORDER

**PER CURIAM**

   **AND NOW**, this 26th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.